COURT OF APPEALS













 
 
 
 
  
 
 
 
 




 

                                                                              

 

 

 

 

 

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 LLOYD AND ANGELA
 BROWN,
  
                             Appellants,
  
 v.
  
 EPIFANIO
 HINOJOSA,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00337-CV
  
 Appeal from the
  
 118th Judicial District Court
  
 of Martin County, Texas
  
 (TC# 5662)
 
 




 

O P I N I O N

 

This appeal is before the Court on
its own motion to dismiss pursuant to Tex.
R. App.  P. 37.3(b), which states:

(b) If No Clerk=s Record Filed Due to Appellant=s Fault.  If the trial court clerk failed to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court mayBon a party=s motion
or its own initiativeBdismiss the appeal for want of prosecution unless the
appellant was entitled to proceed without payment of costs.  The court must give the appellant a
reasonable opportunity to cure before dismissal.

 

On September 3, 2002, pursuant to Tex. R. App. P. 37.3(b), this Court=s clerk sent Appellants a notice of
the Court=s intent to dismiss if, within ten
days of the notice, the Appellants did not respond showing grounds to continue
the appeal.  Appellants wholly failed to
respond. 








The Court has
considered this cause and concludes the appeal should be dismissed pursuant to
Tex. R. App. P. 37.3(b).  We therefore
dismiss the appeal.

October 17, 2002

 

__________________________________

RICHARD BARAJAS, Chief Justice

 

 

Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.

 

(Do Not Publish)